# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

_JEFFERY LORENZO HAYNES JR_ ,

Inmate ID Number: _K-72806_ ,

_PLAINTIFF_ ,

*(Write the full name and inmate ID number of the Plaintiff.)*

**Case No.:** _4:23cv127-AW/MAF_

*(To be filled in by the Clerk's Office)*

**v.**

_SERGEANT C. BURHHAM_ ,

_OFFICER T. Lister, officer E. Miller_ ,

_DEFENDANTS, See Attached_ ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**



FILED USDC FLND TL
MAR 31 '23 PM1:42

William Kunkle, RN
J. Reiss,          RN
Michael, Battes, E, officer-Report
Victor Montague, Team Hearing officer
TM, Freihofer,       Team Hearing officer

## Interoduction

This is a civil Rights action filed by Jeffery Lorenzo Haynes.JR A state Prisoner, for damages Relief under 42 U.S.C. 1983, alleging excessive use of force and denial medical care in violation of the Eighth Amendment to the united states constitution and confinement in segregation in violation of Due Process Clause of the fourteenth Amendment the constitution, ADA Violations.

## Jurisdiction

1. The court has Jurisdiction over the Plaintiff's claims of violation of Federal constitutional Rights under 42 U.S.C 1331 (1) and 1343, ADA Violations

## Parties.

2. The Plaintiff was Incarcerated during the events described in this complaint

3. Defendants Burn Ham, Lister, Miller are correctional officers employeed At Hamilton C.I They are sued in their Individual capacities

4. Defendants Kunkle william, J. Reiss are Medical Responsible for ensuring provision of Medical care to Prisoners and specifically for scheduling Medical appointments outside the prison when a prisoner needs specialized Treatment or evaluation. He is sued in his Individual capacities.

See Attached

5. Defendants Michael Battles E,
Victor Montague, T.M Freihofer
are Correctional Responsible
For conducting disciplinary
hearings for prisoners accused
of breaking Prison Rules.
They are sued in their Individual capacity.

6. All Defendants have acted and continue
to act, under color of State law
at all times relevant to this complaint.
END OF INTRODUCTION.

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: JEFFERY Lorenzo Haynes JR    ID Number: K-72806

List all other names by which you have been known: NONE

Current Institution: Charlotte correctional Institution

Address: 33123 oil well Road

Punta GoRdA, FL 33955

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: C. BuRNham,

   Official Position: SeRgeant

   Employed at: HAMilTON CORRECTIONS Institution AnnEX

   Mailing Address: 10650 S.w 46th Street

   JasPer, FLORidA 32052

   ☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: _T. Lister_

Official Position: _officer_

Employed at: _Hamilton Corrections Institution Annex_

Mailing Address: _10650 S.W. 46th Street_

_Jasper, Florida 32052_

☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: _E. Miller_

Official Position: _officer_

Employed at: _Hamilton Corrections Institution Annex_

Mailing Address: _10650 S.W. 46th Street_

_Jasper, Florida 32052_

☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee    ☐ Civilly Committed Detainee

☑ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee    ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1. On MAY 16, 2019 The Plaintiff was Inside his cell G-DORMITORY Cell G1-115. At Hamilton CORRections Institution.

2. At APPROXiMATELY 11:33 AM Defendants sergeant C. BurnHam, officer T. Lister And E. MiLLER Enter Plaintiff cell.

3. Defendants Made StateMents To Plaintiff DROP the CASE Against MARTIN C.I oR they will have me Killed.

4. Plaintiff ask Defendants Lister, Miller, BurnHam to get out his cell.

5. Defendant BurnHam Sprayed chemical agent into his Face without warning oR coMMands.

6. Defendant Miller Punch Plaintiff To the ground Plaintiff got UP And tried To Run out The cell.

7. Plaintiff was Slammed Inside his cell blood Gushing from His Head.

8. Defendants Place Plaintiff And Handcuffed While In Restraints Plaintiff was Kick, Punch, Struck with weapons.

See Attached

**Statement of Facts Continued** *(Page____of_____)*

9. During this assault Plaintiff had blood Runing from his EYE, Head, lacerations to his face numerous bruises and abrasions to the face and Head.

10. During These events The Plaintiff did not Resist or threaten the officers in any Fashion or Break any Prison Rules.

11. Defendants Burnham, Miller, Lister are Members of Interna security At Hamilton C.I.

12. Defendants Burnham, Miller, Lister Have engaged in excessive Force Against Inmates in the Past.

13. After the above-described assault, Plaintiff was taken to the Prison Infirmary, where he Received sutures to the Right side of His Face, Treatment to His Head.

14. Plaintiff was Denied Hospital Treatment.

15. Plaintiff Has A Mental Health History And Diagnosis Bipolar, Depression and Schizophrenia and Antisocial Personaality Disorder.

See Attached

Statement of facts continued.

16. Plaintiff Have A History of being Abuse by FDOC Employees.

17. Plaintiff Medical Records will show his Injurys.

18. Defendants use Excessive of force Against Plaintiff without need or Provocation.

19. The actions of Defendants Burnham, Merrill, Lister in using Physical force against the Plaintiff without need or Provocation, or in failing to Intervene to Prevent The misuse of force, were done Maliciously and Sadistically and constituted Cruel and unusual Punishment in violation of the Eighth Amendment of the united States Constitution.

20. Defendants violation of the Americans with Disabilities Act (ADA).
         Denial of Due Process, of the LAW.
21. Plaintiff was Place in segregation lock Down, on May 16, 2019.

22. on May 21, 2019 Plaintiff was served with disciplinary Reports Battery/Att/CO STAFF.

23. Plaintiff Reavested That the Hearing officers Defendants MICHAEL BATTLES E. VICTOR, MontaGve L, freihofer. TM call witnesses who was Housed in G-Dorm General Pofulation and the Inmates Housed on either side of Plaintiff Cell

See Attached

Who had been in a position to see and hear parts of the incident on which The charges was based.

24. The Plaintiff did not know the names of these other withesses, Provided there cell locations.

25. The disciplinary Team failed to call any withesses Requested by Plaintiff, stating that he was not going to call witnesses from general Polvlation to a hearing Involving a Seregation Inmate and that staff Reports gave A full Picture of the Incident.

26. Plaintiff Received a written delosition After the hearing, Signed by the Hearing Team stating Guilty based on officers statements.

27. Plaintiff was Place on C.M.1 MAX Segregation lock Down for 27 Months Do To the false Reports.

28. The staff statements did not state any Facts showing That the Plaintiff was combative Towards Defendants.

-29. Pursuant to Prison Procedure The Plaintiff filed an administrative appeal Pointing out that He was Inside his cell when Defendant Burnham, Miller, Lister enter his cell Threatins To Have Him Killed If Plaintiff ant Drop The lawsuit Against MARTIN Corrections Employees

see Attached

## Denial of Medical care

30. Plaintiff was Denied Hospital Treatment by Defendant Nurse J. Reiss, William, Kunkie Their was No doctor There To Test Plaintiff for Head, Brain Injury.

31. A week later Plaintiff was Taken To the Medical clinic At Hamilton C.I and the sutures was Taken out his Right Side of the face.

32. Plaintiff Did not get the Right Treatment for his Injurys or test To his Head from A Train Physician.

## Causes of Action.

33. Plaintiff is entitled To Relief against All Defendants For Violation of the Eighth Amendment to the U.S. constitution.

34. The misconduct of the Defendants was under color of state law by state Actors, within the course and scope of their employment.

35. As a direct and Proximate Result of the wrongfull acts alleged above, Plaintiff suffered bodily Injury, Pain and suffering, disability, aggravation of an existing condition, Humiliation and Mental anguish.

See Attached

36. At the Time of the Physical abuse, Plaintiff was cuffed and choking on chemicals, was compliant with commands and Represented no Threat.

37. Each of the officers Inflicted significant Injuries on Plaintiff.

38. Plaintiff is entitled to Punitive damages against defendants Individually Name.

39. AS it was necessary for Plaintiff To Retain undersigned counsel, Plaintiff is entitled to ~~legible~~ an award of Attorney' fees and costs.

40. WHEREFORE, Plaintiff seeks Relief as Noted.

41. EXhaustioN of AdMinistrative Remedies
   The Plaintiff has exhausted his
Administrative Remedies
   with Respect to all claims and Defendants.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1. The actions of Defendants Burnham, Miller, Lister in using Physical force against the Plaintiff without need or Provocation or in failing to Intervene to Prevent The Misuse of Force, were done Maliciously and sadistically and constituted Cruel and unusual Punishment in violation of the Eighth Amendment of the United States Constitution. see Attached

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

A. The Physical abuse of the Plaintiff by defendants C. Burnham, T. Lister, E. Miller violated The Plaintiff's Rights under the Eighth Amendment To the United States constitution and constituted an assault and battery under state LAW. See Attached

Statement of claim continued

2. The actions of defendants Burnham, Lister, Miller in using Physical force against the Plaintiff without need or Provocation constituted the Tort of assault and battery under the law of the state.

3. The Defendants Violated the Plaintiff ADA Right The Americans with Disabilities Act.

4. The failure of defendants to Take disciplinary or other action to curb the Known Pattern of Physical abuse of Inmates by defendants Burnham, Lister, Miller constituted deliberate Indifference to the Plaintiff's and other Prisoners safety, and contributed to and Proximately caused the above-describeb Violation of Eighth Amendment Rights and assault and battery.

5. The actions of Hamilton C.I Hearing Team Refusing to call the witness Reaquested by the Plaintiff, Finding Him guilty of battery on officers with no evidence to support the charge, and Providing an Inadeaquate written disposition of the charges, and of in Upholding The disciplinary decision. denied the Plaintiff due Process of Law in Violation of the Fourteenth Amendment To the united States Constitution

6. Medical Violation by Defendants To the Plaintiff's Serious Medical needs in Violation of The Eighth Amendment to the united States Constitution.

## Relief Requested

B. Defendants failure to take action to curb the Physical abuse of Prisoners violated the Plaintiff's Rights under the Eighth Amendment to the united states constitution and constituted an assault and battery under state law.

C. Plaintiff's disciplinary hearing and actions in sustaining it violated the Plaintiff's Rights under the Due Process clause of the fourteenth Amendment to the united states constitution

D. Defendants actions in failing to Provide Plaintiff adequate Medical care for the Plaintiff violated the Plaintiff's Rights under the Eighth Amendment To The united states constitution

E. Award compensatory damages in the following
1. Amounts: 200,000 Jointly and severally against defendants Miller, Lister, Burnham for the Physical and emotional Injuries Sustained as a Result of the Plaintiff's beating.

2. 40,000 Jointly and severally against defendants for the Punishment, Including deprivation of liberty and amenity, and emotional Injury Resulting from their denial of due Process in connection with the Plaintff's disciplinary Proceeding.

3. 50,000 Jointly and severally defendants for the Physical and emotional Injury Resulting from

See Attached

Their failure to provide adequate medical care to the Plaintiff.

f. Award Punitive damages in the following amounts: 20,000 Each Against defendants Name, Complaint

G. Grant such other Relief as it my Appear That Plaintiff is entitled

Alternate compensatory damage Demand:
Award compensatory damages Against Defendants Miller, Burnham, Lister For the Physical and emotional Injuries Sustained as a Result of the Plaintiff beating.

Alternate ⬛ Version of damage demand for Segregated Confinement Reflecting Prison Litigation Reform Act (PLRA) Physical, ⬛⬛⬛ Mental Injury Reavirements

Defendants William, Reiss, Battles, Montague, freihofeR for the punishment and emotional Injury Resulting from their denial of due process in connection with The Plaintiff's disciplinary proceedings, by The demand, Plaintiff seeks Punitive damages for the loss of Privileses and avality of life in his Prison living conditions, and loss of the limited liberty by Prisoners Resulting from his Segresated MAX confinement, in that

See Attached

he was confined for 24 Hours a day in A cell Roughly 60 feet savare, and deprived of most of his Personal Property as well as the ability to work, attend vocational Programs, watch Television, Associate with other Prisoners, attend a congregate setting with, the ability to engage in sports and other Congregate Recreational activities, Attend Meals with other Prisoners [and what ever other Privileges Plaintiff my have lost] Plaintiff was in segregated confinement for 27 months. In Addition seeks Punitive damages for the mental, emotional distress Resulting from his Prolonged confinement in segregation without due Process of LAw. to which he is entitled because of the Physical Injuries sustained in his beating.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

□ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____Case #:_____

   Court:_____

2. Date:_____Case #:_____

   Court:_____

3. Date:_____Case #:_____

   Court:_____

   *(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☑ YES □ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:2:22-cv-14006-WPP Parties: Martin correctional Employees

Court: _8 NO 9_____ Judge: _WilliAM P. DiMiTRouLEAS_

Date Filed: _1-5-2022_ Dismissal Date *(if not pending)*: _____

Reason: _____

2.  Case #:_____ Parties: _____

    Court:_____ Judge: _____

    Date Filed:_____ Dismissal Date *(if not pending)*: _____

    Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

    ☐ YES    ☐ NO

    If you answered yes, identify all lawsuits:

    1.  Case #:_____ Parties: _____

        Court:_____ Judge: _____

        Date Filed:_____ Dismissal Date *(if not pending)*: _____

        Reason: _____

    2.  Case #:_____ Parties: _____

        Court:_____ Judge: _____

        Date Filed:_____ Dismissal Date *(if not pending)*: _____

        Reason: _____

    3.  Case #:_____ Parties: _____

Court:_____ Judge: _____

Date Filed:_____ Dismissal Date *(if not pending)*: _____

Reason: _____

4.  Case #:_____ Parties: _____

Court:_____ Judge: _____

Date Filed:_____ Dismissal Date *(if not pending)*: _____

Reason: _____

5.  Case #:_____ Parties: _____

Court:_____ Judge: _____

Date Filed:_____ Dismissal Date *(if not pending)*: _____

Reason: _____

6.  Case #:_____ Parties: _____

Court:_____ Judge: _____

Date Filed:_____ Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX.  CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.



Date:_____ Plaintiff's Signature: _JEFFERY LORENZO HAYNES JR._

Printed Name of Plaintiff: _JEFFERY LORENZO HAYNES JR._
Correctional Institution: _CHARLotte correctional Institution_
Address: _33123 oilwell Road_
_PuntA GoRdA, FLORidA 33955_

**I certify and declare, under penalty of perjury, that this complaint was (check one)** ☑ **delivered to prison officials for mailing or** ☐ **deposited in**

the prison's mail system for mailing on the March day of 28 ,

20____.


Signature of Incarcerated Plaintiff: *Jeffery Lorenzo Haynes JR*

Jeffery Lorenzo Haynes J.R K-72806
Charlotte Institution
33123 oil well Road
Punta GordA, FL 33955

MAR 3 1 2023



Ft Myers P&DC 339
WED 29 MAR 2023PM

CIERKS, US. DISTRICT COURT
III N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301. 7730