UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

JEFFERY LORENZO Haynes, JR,

Inmate ID Number: K-72806 ,

*(Write your full name and inmate ID number.)*

v.

SGT. C BURNHAM ,
et al. ,
Defendants ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.: 4:23-CV-00172-AW-MAF
*(To be filled in by the Clerk's Office)*

Jury Trial Requested?
☑ YES  ☐ NO

Amended Complaint

FILED USDC FLND TL
MAY 3 '23 PM 4:34

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: **Jeffery Lorenzo Haynes, JR**   ID Number: **K-72806**

List all other names by which you have been known: _____

_____

Current Institution: **Charlotte correctional Institution**

Address: **33123 oil well Road**

**PuNTA GoRDA, fLoRiDA 33955**

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: **C. BURNHAM**

    Official Position: **Sergeant**

    Employed at: **Hamilton C.I**

    Mailing Address: **10650 S.W 46th Street**

    **Jasper, fLoRidA 32052**

    ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: T. Lister

   Official Position: officer

   Employed at: Hamilton C.I

   Mailing Address: 10650 S.W 46 Street
   Jasper, Florida 32052

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: E. Miller

   Official Position: officer

   Employed at: Hamilton C.I

   Mailing Address: Jasper, Florida 32052

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee           ☐ Civilly Committed Detainee

☑ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee        ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

6. On May 16, 2019 The Plaintiff was Inside his cell.
7. G-Dormitory cell G1-115 At Hamilton C.I.
8. At Approximately 11:33 AM Defendants
9. C. Burnham, T. Lister, E. Miller Enter Plaintiff cell.
10. Defendants Made statements To Plaintiff.
11. Drop the case Against Martin C.I
12. Or They will Have Him Killed.
13. Plaintiff ask Defendants Lister, Miller, Burnham To get out his cell.
14. Defendant Burnham sprayed chemical Agent Into His face without Provocation.
15. Defendant Punch Plaintiff to the ground, E. Miller.
16. Plaintiff Got up and Tried To Run out the cell.
17. Plaintiff was slammed Inside his cell.
18. Blood Gushing from his Head.
19. Defendants Place Plaintiff And Handcuffed.

**Statement of Facts Continued** (Page ___ of ___)

20. While in Restraints Plaintiff was Kick, Punch, Struck with weapons

21. During This Assault Plaintiff had blood Running from his Eye, Head, Lacerations To his face,

22. Numerous bruises and Abrasions To the face and Head.

23. During These Events The Plaintiff did not Resist or Threaten The officers

24. Defendants Burnham, Miller, Lister are Members of Interna Security At Hamilton CI.

25. Defendants Burnham, Lister, Miller Have engaged in Excessive force Against Inmates in the Past.

26. After the above-described assault Plaintiff was Taken To The Prison Infirmary.

27. Plaintiff Received Sutures To The Right side of his face, Treament to his head.

28. Plaintiff was Denied Hospital Treatment.

29. Plaintiff Have A History of being Abuse by FDOC Employees

30. Plaintiff has A Mental Health History.

31. Plaintiff Diagnosis Bipolar Depression and Schizophrenia and Antisocial Personaelity Disorders.

32. Plaintiff Medical Records will show his Injurys

33. Defendants Violation of Americans with Disabilities Act (ADA).

34. Plaintiff was Place in segregation lock Down on MAY 16, 2019.

35. On MAY 21, 2019 Plaintiff was served with disciplinary Reports BATTERY/Att/CO STAFF.

36. Plaintiff Reavested the Hearing Team officers.

37. MICHAEL BATTLES E, VICTOR MontaGuel, freihofer TM (All) witnesses.

38. Who was Housed in G-Dorm Population

39. And The Inmates Housed on Either side of Plaintiff

40. Cell G1-115 who had been in Position to see and hear Parts of the Incident.

41. The Plaintiff did not Know The Names of the Inmates And Provided There cell Locations

see Attachment

42. The disciplinary Team failed To call any witnesses.

43. Requested by Plaintiff stating that he was not going to call witnesses from general population.

44. That staff Reports gave A full Picture of the Incident.

45. Plaintiff Received a written deposition After the Hearing.

46. Signed by the Hearing Team stating Guilty based on officers statements.

47. Plaintiff was Place on C.M.1 MAX segregation lock Down for 27 Months.

48. Pursuant to Prison Procedure The Plaintiff filed an Administrative APPEAl.

49. Pointing out that He was Inside his cell when Defendants Enter.

50. Threating To Have Him Killed If The Plaintiff ant Drop The lawsuit Against MARtin C.I EMPloyees.

51. Plaintiff was Denied Hospital Treatment

52. BY Nurse J. Reiss, william Kunkle.

53. TheiR was no doctoR There To Test Plaintiff for Head, BRain INJuRY

See Attachment

54. Plaintiff was taken to the medical clinic a week later.

55. Plaintiff sutures was taken out his right side of the face.

56. Plaintiff did not get the right treatment for his injury or test to his head from a physician.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

THE actions of defendants BURNHAM, Lister, Miller in using Physical force against The Plaintiff without need or Provocation, or in failing to Intervene To Prevent the Misuse of force, were done Maliciously and Sadistically and Constituted cruel and unusual Punishment Violation of The Eighth Amendment of The United States Constitution

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

A. The Physical abuse of the Plaintiff by defendants BURNHAM, Lister, Miller Violated the Plaintiff's rights under The Eighth Amendment To The United States Constitution and Constituted an assault and battery under state LAW. See Attachedment

RELIEF REQUESTED Continued.

B. Award compensatory damages in the following amounts $20,000 Against defendants BURNHAM, Lister, Miller as for the Physical and emotional Injuries sustained as a Result of the Plaintiff's beating.

C. Award Punitive damages in the following Amounts $20,000 each against defendants BURNHAM, Lister, Miller for the Physical Abuse at Their Hands.

D. Attorney's fees Pursuant to 42 U.S.C. 1988 and costs of Litigation.

E. Post-Judgment Interest;

F. A Trial by Jury on all issues so Triable;

G. Such other Relief as Justice May Require

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** ***If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*** If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #:_____

   Court: _____

   Reason: _____

2. Date:_____ Case #:_____

   Court: _____

   Reason: _____

3. Date:_____ Case #:_____

   Court: _____

   Reason: _____

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

9

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in **state or federal court** dealing with the same facts or issue involved in this case?

☑ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: 2:22-cv-14066-w/f  Parties: MARTIN C.I. State EMPloyees
   Court: Room 8 No.9     Judge: William P. Dimitrouleas
   Date Filed: 1-5-2022   Dismissal Date (*if not pending*): Appeal file 4-5-2023
   Reason: Case was Ruld on summary Judgment case is on Appeal

2. Case #: 21-cv-14016-RAR  Parties: MARTIN C.I. EMPloyees
   Court: 8 No.9     Judge: Rodolfo A. Ruiz II
   Date Filed: _____  Dismissal Date (*if not pending*): 4/30/2021
   Reason: Plaintiff did not Amended his compliant

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in **state or federal court** either challenging your conviction or relating to the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 21-cv-14___-RAR  Parties: MARTIN C.I State Employees

   Court: SNo9  Judge: RoDoLFo A. Ruiz II

   Date Filed: _____  Dismissal Date (*if not pending*): 4/30/2021

   Reason: Plaintiff DiD not Amended Complaint

2. Case #: 2/22-cv-14___  Parties: MARTIN C.I State EMPloyees

   Court: SNo9  Judge: William P. DiMiTRouLEAS

   Date Filed: 1/5/2022  Dismissal Date (*if not pending*): 3-2023

   Reason: Rule on Summary Judgement case is on a Appeal

3. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 4/19/23 Plaintiff's Signature: Jeffry LoRENZo HaYNES JR

Printed Name of Plaintiff: Jeffery LoRENZo HAYNES, JR

Correctional Institution: Charlotte C.I

Address: 33123 oil well Rd
Punta Gorda, FL 33955

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 20 day of 4, 20 23.

Signature of Incarcerated Plaintiff: _____

JEFFERY LORENZO
CHARLO
33123
PNTA GORDA, FL 33955
#23cv127-AW/MMF

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

MAY 03 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
111 NORTH ADAMS Street, SUITE 32
TALLAHASSEE, FLORIDA 32301-7?

Ft Myers P&DC 339
MON 01 MAY 2023 PM