# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JEFFERY LORENZO HAYNES, JR.,**
    **Plaintiff,**

v.                                          Case No. 4:23-cv-127-AW-MAF

**SERGEANT C. BURNHAM, et al.,**
    **Defendants.**
_____/

## ORDER TRANSFERRING CASE

Plaintiff, a pro se prisoner, filed this § 1983 action against certain prison officials. The events at issue took place in Hamilton County, which is in the Middle District. Plaintiff has now moved to transfer venue to that court. The magistrate judge recommends that I grant the motion.

I have considered the report and recommendation, and I agree that transfer is appropriate. The report and recommendation (ECF No. 8) is adopted and incorporated into this order. Plaintiff's motion to transfer (ECF No. 7) is GRANTED. The clerk will take appropriate steps to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division.

SO ORDERED on June 12, 2023.

                                                     s/ *Allen Winsor*
                                                     United States District Judge